UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON ALVIN PHILLIPS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SGT. P. WHITE, BRYAN SISON (CV1269), CORPORAL N. HICKS, and CHULA VISTA POLICE DEPARTMENT,<br><br>　　　　　　　　　　Defendants. | Case No.: 24-CV-1818 TWR (DDL)<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO PROCEED** *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

　　Presently before the Court is Plaintiff Devon Alvin Phillips's Complaint for a Civil Case ("Compl.," ECF No. 1) against Defendants Sergeant P. White, Officer Bryan Sison, Corporal N. Hicks, and the Chula Vista Police Department, as well as Plaintiff's Application to Proceed in District Court Without Prepaying Fees of Costs ("IFP Mot.," ECF No. 2). Plaintiff generally alleges that Defendants violated his constitutional rights when they arrested him on September 28, 2023, and detained him until he was released on October 1, 2023. (*See generally* Compl.) He seeks $750,000 in compensation for violation of his civil rights under 42 U.S.C. § 1983, violation of his due process rights under California Penal Code section 849(a), and defamation of character. (*See id.* at 7.)

/ / /

|   |   |
|---|---|
| 1 | All parties instituting any civil action, suit, or proceeding in a district court of the |
| 2 | United States, except an application for a writ of habeas corpus, must pay filing and |
| 3 | administration fees totaling $402.[1]  28 U.S.C. § 1914(a).  A court may, however, in its |
| 4 | discretion, allow a plaintiff to proceed without paying these fees if the plaintiff seeks leave |
| 5 | to proceed IFP by submitting an affidavit demonstrating the fees impose financial hardship. |
| 6 | *See* 28 U.S.C. § 1915(a); *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (2015).  Although |
| 7 | the statute does not specify the qualifications for proceeding IFP, the plaintiff's affidavit |
| 8 | must allege poverty with some particularity.  *Escobedo*, 787 F.3d at 1234.  Granting a |
| 9 | plaintiff leave to proceed IFP may be proper, for example, when the affidavit demonstrates |
| 10 | that paying court costs will result in a plaintiff's inability to afford the "necessities of life." |
| 11 | *Id.*  The affidavit, however, need not demonstrate that the plaintiff is destitute.  *Id.* |
| 12 | Here, Plaintiff's affidavit indicates that, although he was previously earning |
| 13 | approximately $3,000 per month through an unknown date, he is currently unemployed. |
| 14 | (*See* IFP Mot. at 1–2, 5.)  Plaintiff does not inform the Court, however, whether he has any |
| 15 | cash in bank accounts, (*see id.* at 2), or other assets. (*See id.* at 3.)  Further, aside from $20 |
| 16 | in monthly laundry and dry-cleaning costs, it is unclear what monthly expenses Plaintiff |
| 17 | must pay, if any. (*See id.* at 4–5.)  Because Plaintiff fails to provide sufficient information |
| 18 | from which the Court can determine whether payment of the filing fee would result in his |
| 19 | inability to afford the necessities of life, the Court **DENIES WITHOUT PREJUDICE** |
| 20 | Plaintiff's IFP Motion (ECF No. 2).  *See, e.g.*, *Maleka-Ndandu v. Elite Sec. Staffing*, No. |
| 21 | 23-CV-1100-GPC-JLB, 2023 WL 4611829, at *2 (S.D. Cal. July 18, 2023) (denying |
| 22 | without prejudice IFP motion that was "incomplete and self-contradictory").  Should |
| 23 | Plaintiff wish to proceed, within <u>twenty-eight (28) days of the date of this Order</u>, he must |
| 24 | either (1) prepay the entire $402 civil filing and administrative fee in full; ***or*** (2) complete |

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $52.  *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2020)).  The additional $52 administrative fee does not apply to persons granted leave to proceed IFP.  *Id.*

1  and file another IFP Motion that includes a fuller accounting of his assets and monthly
2  income and expenses.
3       **IT IS SO ORDERED.**
4  Dated: October 11, 2024

_____
Honorable Todd W. Robinson
United States District Judge